Dismissed and Opinion filed December 5, 2002









Dismissed and Opinion filed December 5, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00833-CV

____________

 

OLA MACK, Appellant

 

V.

 

AUGUSTUS BOOKER, ET AL., Appellees

 



 

On
Appeal from the 281st District Court

Harris County, Texas

Trial
Court Cause No. 01-16060

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed July 24, 2002.

On December 2, 2002, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered dismissed. 

PER CURIAM

Judgment rendered and Opinion
filed December 5, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).